Vivian A. Houghton, Esq. (DE Bar ID No. 2010)
THE LAW OFFICE OF VIVIAN HOUGHTON
800 West Street
Wilmington, DE 19801
Tel: (302) 658-0518
vivianhoughton@comcast.net

Joseph Alan Venti, Esq. (*Pro Hac Vice*)
WILLIAMS CUKER BEREZOFSKY
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel: (215) 557-0099
joeventi@wcblegal.com         *Counsel for Plaintiff, Christopher J. Geras*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. GERAS, | : |
| Plaintiff, | : |
| v. | : Civil No. 1:14-00018-GMS |
| BANK OF AMERICA, N.A., in its own own right and as successor, by merger, to FIA Card Services, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC., | : **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |
| Defendants. | : |

THIS MATTER having been amicably resolved by and between Plaintiff Christopher J. Geras and Defendant Bank of America, N.A., in its own right and as successor, by merger, to FIA Card Services, N.A., it is hereby stipulated and Ordered that all claims and counterclaims asserted by or against the parties be and

the same hereby are dismissed with prejudice and without costs against either party.

It is further stipulated and Ordered that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of the settlement reached in this matter.

/s/ *Vivian A. Houghton*
Vivian A. Houghton, Esq.
THE LAW OFFICE OF
VIVIAN HOUGHTON
800 West Street
Wilmington, DE 19801
Tel: (302) 658-0518
vivianhoughton@comcast.net

*Counsel for Plaintiff*

Dated: January 16, 2015

/s/ *Brian M. Rostocki*
Brian M. Rostocki, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 778-7561
brostocki@reedsmith.com

*Counsel for Defendant Bank of America, N.A.*

Dated: January 16, 2015

HON. GREGORY M. SLEET, U.S.D.J.