## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. GERAS, | : |
| Plaintiff, | : |
| v. | : Civil No. 1:14-00018-GMS |
| BANK OF AMERICA, N.A., in its own right and as successor, by merger, to FIA Card Services, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC., | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER having been amicably resolved by and between Plaintiff Christopher J. Geras and Defendant Experian Information Solutions, Inc., it is hereby stipulated and Ordered that all claims and counterclaims asserted by or against the parties be and the same hereby are dismissed with prejudice and without costs against either party.

It is further stipulated and ORDERED that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of the settlement reached in this matter.

| | |
|---|---|
| /s/ *Vivian A. Houghton* | /s/ *Travis S. Hunter* |
| Vivian A. Houghton, Esq. | Chad Michael Shandler  (#3796) |
| | Travis S. Hunter (#5350) |
| THE LAW OFFICE OF | RICHARDS LAYTON FINGER, PA |
| VIVIAN HOUGHTON | One Rodney Square |
| 800 West Street | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel:   (302) 658-0518 | Tel:   (302) 778-7561 |
| vivianhoughton@comcast.net | Hunter@RLF.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Experian Information Solutions, Inc.* |
| | |
| Dated:      July 15, 2016 | Dated:      July 15, 2016 |

_____
HON. GREGORY M. SLEET, U.S.D.J.